UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VAN JENKINS, #172475

    Plaintiff,

vs                                              Case No: 13-14489
                                              Honorable Victoria A. Roberts

LIVONIA POLICE DEPARTMENT,
ET AL,

    Defendants.
_____/

## ORDER STRIKING DOCUMENT

On February 9, 2015, Defendant Wayne County filed its Answer to Plaintiff's Amended Complaint (Doc. #75).

The answer does not conform with Fed. R. Civ. P. 10. The answer is **STRICKEN** and deemed not a part of the record. Wayne County is to file its answer or responsive pleading, in strict compliance with Fed. R. Civ. P., by the close of business, Thursday, February 12, 2015.

**IT IS ORDERED**.

                                                        S/Victoria A. Roberts
                                                        Victoria A. Roberts
                                                        United States District Judge

Dated: February 10, 2015

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Van Jenkins by electronic means or U.S. Mail on February 10, 2015.

s/Linda Vertriest
Deputy Clerk